UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
JUL 06 2015
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| | |
|---|---|
| SHELLA WILDE, as Guardian of TAYLOR BELL, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Cause No. |
| NEAL ROSENBERG, JAMES ALOISIO, CRAIG DENISON, LIEUTENANT DAVID THOMA, Individually, and as Servants, Agents of the Noblesville Police Department, THE CITY OF NOBLESVILLE AND The HAMILTON COUNTY SHERIFF, | ) ) ) ) ) 1:15-cv-1051 JMS -TAB ) ) ) |
| Defendants. | ) |

## NOTICE OF REMOVAL

Defendants, Neal Rosenberg, James Aloisio, Craig Denison, Lieutenant David Thoma, Noblesville Police Department and City of Noblesville, by counsel, pursuant to 28 U.S.C. §§ 1441 and 1446, file their notice of removal of this cause from the Hamilton Superior Court II to the United States District Court for the Southern District of Indiana, Indianapolis Division, and in support thereof, state as follows:

1. On June 19, 2015 Plaintiff was granted leave to file her Third Amended Complaint in the Superior Court of Hamilton County, alleging as new claims certain civil rights violations of the Fourth, Eighth and Fourteenth Amendments of the United States Constitution, pursuant to 42 U.S.C. §1983.

2. 28 U.S.C. §§ 1441(a) and (b) provide that any civil action in a state court over which the district courts have original jurisdiction, founded on a claim or right arising under the Constitution or laws of the United States, shall be removable to the district court without regard to the citizenship or residence of the parties. Thus, jurisdiction exists in the district court and the cause of action if subject to removal.

3. Plaintiff had previously filed three complaints (original and amended) under the same state court cause number, all of which alleged only state law claims. On June 18, 2015 plaintiff filed her Motion for Leave to file her Third Amended Complaint, which added claims pursuant to 42 U.S.C. §1983 that are based on the United States Constitution. The court granted the motion for leave on June 22, 2015. Service has

not yet been obtained on the defendants. This Notice of Removal is therefore filed within thirty (30) days of service of the Complaint and complies with 28 U.S.C. § 1446(b).

4. Counsel for the defendants has conferred with counsel for the remaining defendant, Hamilton County Sheriff, which consents to removal to the district court. Specifically, counsel for defendants has secured consent to removal from attorney Matt Hinkle of Coots, Henke & Wheeler, P.C., who represents the Hamilton County Sheriff. Therefore each defendant, by counsel, joins in removal of this action to the federal district court. 28 U.S.C. § 1446(b) (2) (A).

5. Defendants have provided notice of removal to the Hamilton Superior Court II in accordance with 28 U.S.C. § 1446(d). Defendants submit herewith a copy of the Complaint, Notice of Removal to the Hamilton Superior Court, as well as copies of all other pleadings filed in the Hamilton Superior Court, in accordance with 28 U.S.C. § 1446(a).

**WHEREFORE**, the Defendants, Neal Rosenberg, James Aloisio, Craig Denison, Lieutenant David Thoma, Noblesville Police Department and City of Noblesville, by counsel, file their Notice of Removal removing this cause from the Hamilton Superior Court to the United States District Court for the Southern District of Indiana, Indianapolis Division.

Respectfully submitted,

MANDEL HORN, P.C.

_____
Kirk A. Horn, Attorney No. 15194-06
*Attorney for Noblesville Defendants, Neal Rosenberg, James Aloisio, Craig Denison, Lieutenant David Thoma, Noblesville Police Department and City of Noblesville*

//

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the foregoing was served upon all parties of record this 6th day of July, 2015, and deposited same in the U.S. mail, first-class, postage prepaid to:

Thomas E. Hastings
Robert B. Turner
THE HASTINGS LAW FIRM
323 N. Delaware Street
Indianapolis, IN  46204

Matthew L. Hinkle
Erika N. Sylvester
COOTS, HENKE & WHEELER, P.C.
255 East Carmel Drive
Carmel, IN  46032

Darren Murphy
HOWARD & ASSOCIATES
694 Logan Street
Noblesville, IN  46060

_____
Kirk A. Horn

MANDEL HORN, P.C.
704 Adams Street, Suite F
Carmel, IN  46032
317/848-7000
317/848-6197 *(facsimile)*