# MANDEL HORN, P.C.

704 Adams Street
Suite F
Carmel, Indiana 46032
Telephone: (317) 848-7000
Facsimile: (317) 848-6197

Derek L. Mandel*†
Kirk A. Horn
R. Christopher McGrath†^
Joshua J. Rauch
John D. Hamilton

\* Also admitted in Illinois
† Registered Mediator
^ Of Counsel

Direct:  (317) 581-7440
Email:   khorn@mhmrlaw.com

July 6, 2015

Clerk
HAMILTON SUPERIOR COURT 2
One Hamilton Square, # 384
Noblesville, IN 46060

    Re:    *Wilde as Guardian of Bell v. City of Noblesville, Hamilton Co. Sheriff, et al.*
            Cause No. 29D02-1402-CT-1331
            Our File No. EMC/6118

Dear Clerk:

    Enclosed please find a CCS Entry and an original and one (1) copy of an Appearance, and a Notice of Removal, along with an Order Acknowledging Removal to Federal Court, to be filed on behalf of Defendants, Neal Rosenberg, James Aloisio, Craig Denison, Lieutenant David Thoma, Noblesville Police Department and City of Noblesville, in connection with the above-referenced matter.

    Please return a file-marked copy of the pleadings to the undersigned, using the enclosed, postage prepaid envelope. Envelopes have also been enclosed for distribution of the Order, once approved.

    Thank you for your assistance in this regard.

                      Very truly yours,

                      MANDEL HORN, P.C.

                      Kirk A. Horn

KAH/dbr
Enclosures

    Cc:    Counsel of Record (w/encl.)

**CCS ENTRY FORM**
**HAMILTON SUPERIOR COURT 2**

CASE NUMBER:     29D02-1402-CT-1331                    File Stamp Here

CAPTION:

SHELLA WILDE, as Guardian of TAYLOR BELL,

                                              Plaintiff,
vs.

NEAL ROSENBERG, JAMES ALOISIO, CRAIG
DENISON, LIEUTENANT DAVID THOMA,
Individually, and as Servants, Agents of the Noblesville
Police Department, THE CITY OF NOBLESVILLE,
and THE HAMILTON COUNTY SHERIFF,

                                              Defendants.

The activity of the Court should be summarized as follows on the Chronological Case Summary (CCS):

> **Defendants, Neal Rosenberg, James Aloisio, Craig Denison, Lieutenant David Thoma, Noblesville Police Department and City of Noblesville, by counsel, hereby files its Notice of Removal, along with a Proposed Order, this 6th day of July, 2015.**

MANDEL HORN, P.C. by Kirk A. Horn #15194-06
Name and I.D. Number of Submitting Attorney

704 Adams St., Suite F, Carmel, Indiana 46032 (317) 848-7000
Address and Telephone Number

Defendants, Neal Rosenberg, James Aloisio, Craig Denison, Lieutenant David Thoma, Noblesville Police Department and City of Noblesville
Party Represented

Mailing list attached
Name, Address and Telephone Number of Opposing Counsel

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
                (TO BE DESIGNATED BY THE COURT)

This CCS Entry Form shall be:
[ ]     Placed in case file
[ ]     Discarded after entry on the CCS
[ ]     Mailed to all counsel by: _____ Counsel _____ Clerk _____ Court
[ ]     There is no attached order; or
       The attached order shall be placed in the RJO: Yes [ ] No [ ]

DATE: _____          APPROVED: _____
                                                                             Judge

Mailing list for counsel of record:

Thomas E. Hastings
THE HASTINGS LAW FIRM
323 North Delaware Street
Indianapolis, IN 46204

Matthew L. Hinkle
COOTS, HENKE & WHEELER, P.C.
255 East Carmel Drive
Carmel, IN 46032

Darren Murphy
HOWARD & ASSOCIATES
694 Logan Street
Noblesville, IN 46060

Kirk A. Horn
MANDEL HORN, P.C.
704 Adams St., Suite F
Carmel, IN 46032

# STATE OF INDIANA
## COUNTY OF HAMILTON

| | |
|---|---|
| SHELLA WILDE, as Guardian of TAYLOR BELL,<br><br>Plaintiff, | |
| v. | Cause No: 29D02-1402-CT-1331 |
| NEAL ROSENBERG, JAMES ALOISIO, CRAIG DENISON, LIEUTENANT DAVID THOMA, individually and as Servants, Agents of the Noblesville Police Department, THE CITY OF NOBLESVILLE and THE HAMILTON COUNTY SHERIFF,<br><br>Defendants. | |

## APPEARANCE BY ATTORNEY IN CIVIL CASE

**Party Classification:** ___ Initiating  _X_ Responding  ___ Intervening

1. The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s): Defendants, Neal Rosenberg, James Aloisio, Craig Denison, and Lieutenant David Thoma

2. Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

| | | | |
|---|---|---|---|
| Name: | Kirk A. Horn | Atty. No. | 15194-06 |
| Address: | MANDEL HORN, P.C. | Phone: | 317-848-7000 |
| | 704 Adams St., Suite F | FAX: | 317-848-6197 |
| | Carmel, IN  46032 | Computer Address: | khorn@mhmrlaw.com |

3. There are other party members: ___ Yes  _X_ No *(If yes, list on continuation page.)*

4. ***If first initiating party filing this case,*** the Clerk is requested to assign this case the following Case Type under Administrative Rule 8(b)(3): __N/A__

5. I will accept service by FAX at the above noted number:  _X_ Yes  ___ No

6. This case involves support issues: ___ Yes  _X_ No *(If yes, supply social security numbers for all family members on continuation page.)*

7. There are related cases: ___ Yes  _X_ No *(If yes, list on continuation page.)*

8. This form has been served on all other parties. Certificate of service is attached:  _X_ Yes  ___ No

9. Additional information required by local rule: N/A

Date: July 6, 2015

*/s/ Kirk A. Horn*

Kirk A. Horn (Attorney No.15194-06)
*Attorney for Defendants, Neal Rosenberg, James Aloisio, Craig Denison, Lieutenant David Thoma, Noblesville Police Department and the City of Noblesivlle*

...

**CERTIFICATE OF SERVICE**

I certify that a true and exact copy of the foregoing was served upon all parties of record this 6th day of July, 2014, and deposited same in the U.S. mail, first-class, postage prepaid to:

Thomas E. Hastings
Robert B. Turner
THE HASTINGS LAW FIRM
323 N. Delaware Street
Indianapolis, IN  46204

Matthew L. Hinkle
Erika N. Sylvester
COOTS, HENKE & WHEELER, P.C.
255 East Carmel Drive
Carmel, IN  46032

Darren Murphy
HOWARD & ASSOCIATES
694 Logan Street
Noblesville, IN  46060

_____
Kirk A. Horn

MANDEL HORN, P.C.
704 Adams Street, Suite F
Carmel, IN  46032
317/848-7000
317/848-6197 *(facsimile)*

| | | |
|---|---|---|
| STATE OF INDIANA | ) )SS: | IN THE HAMILTON SUPERIOR COURT 2 |
| COUNTY OF HAMILTON | ) | CAUSE NO. 29D02-1402-CT-001331 |

SHELLA WILDE, as Guardian of TAYLOR BELL,

        Plaintiff,

v.

NEAL ROSENBERG, JAMES ALOISIO, CRAIG DENISON, LIEUTENANT DAVID THOMA, Individually, and as Servants, Agents of the Noblesville Police Department, THE CITY OF NOBLESVILLE AND The HAMILTON COUNTY SHERIFF,

        Defendants.

## NOTICE OF REMOVAL

Comes now the Defendants, Neal Rosenberg, James Aloisio, Craig Denison, Lieutenant David Thoma, Noblesville Police Department and City of Noblesville, by counsel, and provides notice of the removal of this cause from the Hamilton Superior Court 2 to the United States District Court for the Southern District of Indiana, Indianapolis Division, pursuant to 28 U.S.C. § 1441 and 1446. This Court is therefore without jurisdiction to undertake further proceedings with respect to this cause.

Respectfully submitted,

MANDEL HORN, P.C.

_/s/ Kirk A. Horn_

Kirk A. Horn, Attorney No. 15194-06
*Attorney for Noblesville Defendants, Neal Rosenberg, James Aloisio, Craig Denison, Lieutenant David Thoma, Noblesville Police Department and City of Noblesville*

//

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the foregoing was served upon all parties of record this 6th day of July, 2015, and deposited same in the U.S. mail, first-class, postage prepaid to:

>Thomas E. Hastings
>Robert B. Turner
>THE HASTINGS LAW FIRM
>323 N. Delaware Street
>Indianapolis, IN 46204
>
>Matthew L. Hinkle
>Erika N. Sylvester
>COOTS, HENKE & WHEELER, P.C.
>255 East Carmel Drive
>Carmel, IN 46032
>
>Darren Murphy
>HOWARD & ASSOCIATES
>694 Logan Street
>Noblesville, IN 46060

_____
Kirk A. Horn

MANDEL HORN, P.C.
704 Adams Street, Suite F
Carmel, IN 46032
317/848-7000
317/848-6197 *(facsimile)*

| | | |
|---|---|---|
| STATE OF INDIANA | ) </br>)SS: | IN THE HAMILTON SUPERIOR COURT 2 |
| COUNTY OF HAMILTON | ) | CAUSE NO. 29D02-1402-CT-001331 |

SHELLA WILDE, as Guardian of )
TAYLOR BELL, )
　　　　　　　　　　　　　　　　)
　　　　　　Plaintiff, )
　　　　　　　　　　　　　　　　)
v. )
　　　　　　　　　　　　　　　　)
NEAL ROSENBERG, JAMES ALOISIO, )
CRAIG DENISON, LIEUTENANT DAVID )
THOMA, Individually, and as Servants, Agents )
of the Noblesville Police Department, THE )
CITY OF NOBLESVILLE AND The )
HAMILTON COUNTY SHERIFF, )
　　　　　　　　　　　　　　　　)
　　　　　　Defendants. )

## ORDER ACKNOWLEDGING REMOVAL TO FEDERAL COURT

Defendants, Neal Rosenberg, James Aloisio, Craig Denison, Lieutenant David Thoma, Noblesville Police Department and City of Noblesville, by counsel, having filed with this Court its Notice of Removal to Federal Court;

AND THE COURT, having reviewed said motion and being otherwise duly advised in the premises, acknowledges receipt of said Notice;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that, pursuant to Title 28 USCS § 1446(d), the case is hereby removed and the above-noted action shall proceed no further unless and until it is remanded from the federal court.

DATE: _____　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　JUDGE, HAMILTON SUPERIOR COURT 2

//

**Distribution to**:

Thomas E. Hastings
Robert B. Turner
THE HASTINGS LAW FIRM
323 N. Delaware Street
Indianapolis, IN 46204

Matthew L. Hinkle
Erika N. Sylvester
COOTS, HENKE & WHEELER, P.C.
255 East Carmel Drive
Carmel, IN 46032

Darren Murphy
HOWARD & ASSOCIATES
694 Logan Street
Noblesville, IN 46060

Kirk A. Horn
MANDEL HORN, P.C.
704 Adams Street, Suite F
Carmel, IN 46032