UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

2015 JUL -6 PM 1:58

| | |
|---|---|
| SHELLA WILDE, as Guardian of TAYLOR BELL, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Cause No. |
| NEAL ROSENBERG, JAMES ALOISIO, CRAIG DENISON, LIEUTENANT DAVID THOMA, Individually, and as Servants, Agents of the Noblesville Police Department, THE CITY OF NOBLESVILLE AND The HAMILTON COUNTY SHERIFF, ) ) ) ) ) ) ) ) | 1:15-cv-1051 JMS -TAB |
| Defendants. ) | |

## APPEARANCE

To THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

I, Kirk A. Horn, enter my appearance as counsel in this case for Defendants, Neal Rosenberg, James Aloisio, Craig Denison, Lieutenant David Thoma, Noblesville Police Department and City of Noblesville, and further certify that I am admitted to practice in this court.

Respectfully submitted,

MANDEL HORN, P.C.

/s/ Kirk Horn

Kirk A. Horn, Attorney No. 15194-06
*Attorney for Noblesville Defendants, Neal Rosenberg, James Aloisio, Craig Denison, Lieutenant David Thoma, Noblesville Police Department and City of Noblesville*

//

**CERTIFICATE OF SERVICE**

I certify that a true and exact copy of the foregoing was served upon all parties of record this 6th day of July, 2015, and deposited same in the U.S. mail, first-class, postage prepaid to:

Thomas E. Hastings
THE HASTINGS LAW FIRM
323 North Delaware Street
Indianapolis, IN  46204

Matthew L. Hinkle
COOTS HENKE & WHEELER
255 East Carmel Drive
Carmel, IN  46032

Darren Murphy
HOWARD & ASSOCIATES
694 Logan Street
Noblesville, IN  46060

_____
Kirk A. Horn

MANDEL HORN, P.C.
704 Adams Street, Suite F
Carmel, IN  46032
317/848-7000
317/848-6197 *(facsimile)*