UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHELLA WILDE, *as guardian of Taylor Bell*, )<br>    *Plaintiff*, )<br> )<br>    *vs.* )<br> )<br>NEAL ROSENBERG, JAMES ALOISIO, CRAIG )<br>DENISON, and LIEUTENANT DAVID THOMA, )<br>*individually, and as servants, agents of the* )<br>*Noblesville Police Department*, THE CITY OF )<br>NOBLESVILLE, and THE HAMILTON COUNTY )<br>SHERIFF, )<br>    *Defendants*. ) | 1:15-cv-1051-JMS-TAB |

## **ORDER**

Defendants, except for the Hamilton County Sheriff, filed a Notice of Removal on July 6, 2015, alleging that Plaintiff Shella Wilde, as guardian of Taylor Bell, filed a Third Amended Complaint in the Superior Court of Hamilton County, Indiana which added a new claim for civil rights violations under 42 U.S.C. § 1983 and, accordingly, the case is properly removed to this Court. [Filing No. 1 at 1.] The filing Defendants advise in their Notice of Removal that the Hamilton County Sheriff consents to the removal. [Filing No. 1 at 2.]

The Court notes some confusion regarding who Ms. Wilde names as Defendants in this case. The Notice of Removal is filed on behalf of "Defendants, Neal Rosenberg, James Aloisio, Craig Denison, Lieutenant David Thoma, Noblesville Police Department and City of Noblesville," [Filing No. 1 at 1], and Attorney Kirk Horn has entered an appearance for all of those parties, [Filing No. 2]. But according to Plaintiff's Third Amended Complaint for Damages (the operative complaint when this case was removed), the Noblesville Police Department – although mentioned in the caption when specifying that the individual defendants are sued "individually, and as servants, agents of the Noblesville Police Department" – is not a named defendant. [*See* Filing No. 1-

1 at 345.]  To clarify this confusion, the Court **DIRECTS** the Clerk to list the following parties on the docket:

- Plaintiff Shella Wilde, as Guardian of Taylor Bell;
- Defendant Neal Rosenberg, individually and as servant or agent of the Noblesville Police Department;
- Defendant James Aloisio, individually and as servant or agent of the Noblesville Police Department;
- Defendant Craig Denison, individually and as servant or agent of the Noblesville Police Department;
- Defendant Lieutenant David Thoma, individually and as servant or agent of the Noblesville Police Department;
- Defendant City of Noblesville; and
- Defendant Hamilton County Sheriff.

The Court will not enter an appearance for Mr. Horn on behalf of the Noblesville Police Department because that entity is not a party to this lawsuit.  To the extent any party disagrees with the Court's position regarding the proper parties to this case, it must file a statement by **July 16, 2015** setting forth its position.

Date:  July 9, 2015

_Jane Magnus-Stinson_
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only to all counsel of record**