UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHELLA WILDE, as Guardian of TAYLOR BELL, <br><br> Plaintiff, <br> v. <br><br> NEAL ROSENBERG, JAMES ALOISIO, CRAIG DENISON, LIEUTENANT DAVID THOMA, Individually, and as Servants, Agents of the Noblesville Police Department, THE CITY OF NOBLESVILLE AND THE HAMILTON COUNTY SHERIFF, <br><br> Defendants. | Cause No. 1:15-CV-1051-JMS-TAB |

## NOTICE OF CONSENT TO REMOVAL
## BY DEFENDANT HAMILTON COUNTY SHERIFF

Defendant Hamilton County Sheriff, by counsel, respectfully notifies this Court of its consent to the removal of this action from state court and in support hereof states as follows:

1. This case was originally filed in Hamilton County Superior Court, Civil Division 2, under Cause No. 29D02-1402-CT-001331 on February 13, 2014.

2. Plaintiff's Third Amended Complaint asserts a new claim for civil rights violations under 42 U.S.C. § 1983.

3. On July 6, 2015, Defendants Neal Rosenberg, James Aloisio, Craig Denison, Lieutenant David Thoma, and City of Noblesville, by counsel, filed their Notice of Removal with this Court. (Doc. 1).

4. Defendant Hamilton County Sheriff consents to the removal of this action to United States District Court, Southern District of Indiana, Indianapolis Division.

WHEREFORE, Defendant Hamilton County Sheriff, by counsel, respectfully notifies this Court of its consent to the removal of this action from state court.

Respectfully submitted,

**COOTS, HENKE & WHEELER, P.C.**

/s/Matthew L. Hinkle
Matthew L. Hinkle, # 19396-29
Erika N. Sylvester, #30058-64
*Attorneys for Hamilton County Sheriff*

## CERTIFICATE OF SERVICE

I hereby certify that on the **10th day of July, 2015**, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operations of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| Thomas E. Hastings<br>Robert B. Turner<br>**THE HASTINGS LAW FIRM**<br>thastings@lawindianapolis.com<br>rbtatty@aol.com<br>*Attorneys for Plaintiff* | Kirk A. Horn<br>**MANDEL HORN MCGRATH & REYNOLDS, P.C.**<br>khorn@mhmrlaw.com<br>*Attorney for Defendants The City of Noblesville, Neal Rosenberg, James Aloisio, Craig Denison, and Lieutenant David Thoma* |

/s/Matthew L. Hinkle
Matthew L. Hinkle, #19396-29
Erika N. Sylvester, #30058-64

**COOTS, HENKE & WHEELER, P.C.**
255 East Carmel Drive
Carmel, IN 46032
(317) 844-4693 – telephone
(317) 573-5385 – facsimile
Email: mhinkle@chwlaw.com
        esylvester@chwlaw.com

2