UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHELLA WILDE, as Guardian of TAYLOR BELL, </br></br>    Plaintiff, </br></br> v. </br></br> NEAL ROSENBERG, JAMES ALOISIO, CRAIG DENISON, LIEUTENANT DAVID THOMA, Individually, and as Servants, Agents of the Noblesville Police Department, THE CITY OF NOBLESVILLE AND THE HAMILTON COUNTY SHERIFF </br></br>    Defendants. | ) ) ) ) ) ) ) Cause No. 1:15-CV-1051-JMS-TAB ) ) ) ) ) ) ) ) ) |

## NOTICE OF APPEARANCE

**To the Clerk of this court and all parties of record:**

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**Hamilton County Sheriff**

| | |
|---|---|
|  July 10, 2015       | /s/ Matthew L. Hinkle |
| *Date* | *Signature* |
| |   Matthew L. Hinkle          # 19396-29 |
| | *Print Name*                *Bar Number* |
| |   255 E. Carmel Drive |
| | *Address* |
| |   Carmel        IN       46032-2689 |
| | *City              State        Zip Code* |
| |   (317) 844-4693          (317) 573-5385 |
| | *Phone Number              Fax Number* |
| | mhinkle@chwlaw.com |
| | *Email* |

## CERTIFICATE OF SERVICE

I hereby certify that on the **10th day of July, 2015**, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operations of the Court's electronic filing system. Parties may access this filing through the Court's system.

Thomas E. Hastings
Robert B. Turner
THE HASTINGS LAW FIRM
thastings@lawindianapolis.com
rbtatty@aol.com
*Attorneys for Plaintiff*

Kirk A. Horn
MANDEL HORN MCGRATH & REYNOLDS, P.C.
khorn@mhmrlaw.com
*Attorney for The City of Noblesville,*
*Neal Rosenberg, James Aloisio,*
*Craig Denison, and Lieutenant David Thoma*

/s/Matthew L. Hinkle
Matthew L. Hinkle, #19396-29
Erika N. Sylvester, #30058-64

**COOTS, HENKE & WHEELER, P.C.**
255 East Carmel Drive
Carmel, IN 46032
(317) 844-4693 – telephone
(317) 573-5385 – facsimile
Email: mhinkle@chwlaw.com
         esylvester@chwlaw.com

2