UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| SHELLA WILDE, as Guardian of | ) | |
| TAYLOR BELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Cause No. 1:15-CV-1051-JMS-TAB |
| | ) | |
| NEAL ROSENBERG, JAMES ALOISIO, | ) | |
| CRAIG DENISON, LIEUTENANT DAVID | ) | |
| THOMA, Individually, and as Servants, Agents | ) | |
| of the Noblesville Police Department, THE | ) | |
| CITY OF NOBLESVILLE AND THE | ) | |
| HAMILTON COUNTY SHERIFF | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT HAMILTON COUNTY SHERIFF'S NOTICE OF INITIAL EXTENSION
OF TIME TO RESPOND TO PLAINTIFF'S THIRD AMENDED COMPLAINT**
_____

Pursuant to F.R.C.P. 81(c) and Local Rule 6-1(b) of the U.S. District Court for the Southern

District of Indiana, Defendant Hamilton County Sheriff, by counsel, respectfully files this Notice of

Initial Extension of Time to Respond to Plaintiff's Third Amended Complaint.

1.      The Order granting Plaintiff's Motion for Leave to File Third Amended Plaintiff was

entered in Hamilton County Superior Court, Civil Division 2, on June 22, 2015.

2.      Defendants Neal Rosenberg, James Aloisio, Craig Denison, Lieutenant David Thoma,

and City of Noblesville removed the State Court matter to this Court on July 6, 2015.  All defendants

have consented to removal.

3.      Pursuant to F.R.C.P. 81(c), Defendant Hamilton County Sheriff's answer is due the

later of the following:

(A)     21 days after receiving—through service or otherwise—a copy of the initial pleading stating the claim for relief;

(B)     21 days after being served with the summons for an initial pleading on file at the time of service; or

(C)     7 days after the notice of removal is filed.

4.     Furthermore, pursuant to F.R.C.P. 5(b)(2)(C),(E) and 6(d), when a party must act within a specified time after service and service is made by U.S. Mail or electronic means, three days are added after the period would otherwise expire.

5.     Seven days following removal and 21 days after receiving the pleading in state court, plus three additional days for service, both result in the same due date – July 16, 2015; therefore, Defendant's responsive pleading is due on or about July 16, 2015.

6.     This deadline has not previously been extended.

7.     Plaintiff's counsel has been contacted and has no objection to granting Defendant an initial twenty-eight (28) day extension of time, through and including August 13, 2015, to file a responsive pleading.

8.     Pursuant to L.R. 6-1(b), no further action of the Court is necessary for said extension and Defendant Hamilton County Sheriff's responsive pleading is now due on August 13, 2015.

WHEREFORE, Defendant Hamilton County Sheriff, by counsel, files this Notice of Initial Extension of Time to Respond to Plaintiff's Third Amended Complaint, extending the deadline to August 13, 2015.

Respectfully submitted,

**COOTS, HENKE & WHEELER, P.C.**


/s/Matthew L. Hinkle
Matthew L. Hinkle, # 19396-29
Erika N. Sylvester, #30058-64
*Attorneys for Hamilton County Sheriff*


## CERTIFICATE OF SERVICE

I hereby certify that on the **13th day of July, 2015**, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operations of the Court's electronic filing system. Parties may access this filing through the Court's system.

Thomas E. Hastings
Robert B. Turner
THE HASTINGS LAW FIRM
thastings@lawindianapolis.com
rbtatty@aol.com
*Attorneys for Plaintiff*

Kirk A. Horn
MANDEL HORN MCGRATH & REYNOLDS, P.C.
khorn@mhmrlaw.com
*Attorney for The City of Noblesville, Neal Rosenberg, James Aloisio, Craig Denison, and Lieutenant David Thoma*


/s/Matthew L. Hinkle
Matthew L. Hinkle, #19396-29
Erika N. Sylvester, #30058-64


**COOTS, HENKE & WHEELER, P.C.**
255 East Carmel Drive
Carmel, IN 46032
(317) 844-4693 – telephone
(317) 573-5385 – facsimile
Email: mhinkle@chwlaw.com
        esylvester@chwlaw.com