UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHEILA WILDE, as Guardian of TAYLOR BELL, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Cause No. 1:15-CV-1051-JMS-TAB |
| NEAL ROSENBERG, individually and as a servant or agent of the Noblesville Police Department, JAMES ALOISIO, individually and as a servant or agent of the Noblesville Police Department, CRAIG DENISON, individually and as a servant or agent of the Noblesville Police Department, LIEUTENANT DAVID THOMA, individually and as a servant or agent of the Noblesville Police Department, CITY OF NOBLESVILLE AND THE HAMILTON COUNTY SHERIFF, | ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## APPEARANCE

To:    The Clerk of Court and all parties of record:

**Darren J. Murphy** is admitted or otherwise authorized to practice in this court and enters his Appearance on behalf of the Defendants Neal Rosenberg, James Aloisio, Craig Denison, Lieutenant David Thoma and the City of Noblesville, Indiana.

Respectfully submitted,

s/ Darren J. Murphy_____
Darren J. Murphy, Atty No. 20282-49
Assistant City of Noblesville Attorney
694 Logan St.
Noblesville, IN 46060
Phone: (317) 773-4212
Fax:    (317) 776-2369
E-mail: dmurphy@ori.net

1

CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2015, a copy of the foregoing Appearance was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**Robert B. Turner**
THE HASTINGS LAW FIRM
323 N. Delaware St.
Indianapolis, IN 46204
Email: rbtatty@aol.com

**Thomas Edward Hastings**
THE HASTINGS LAW FIRM
323 North Delaware Street
Indianapolis, IN 46204
Email: thastings@lawindianapolis.com

**Kirk A. Horn**
MANDEL HORN MCGRATH & REYNOLDS, P.C.
704 Adams Street
Suite F
Carmel, IN 46032
Email: khorn@mhmrlaw.com

**Erika L. Sylvester**
COOTS HENKE & WHEELER, P.C.
255 East Carmel Drive
Carmel, IN 46032
Email: esylvester@chwlaw.com

**Matthew L. Hinkle**
COOTS HENKE & WHEELER
255 E. Carmel Drive
Carmel, IN 46032
Email: mhinkle@chwlaw.com

s/ Darren J. Murphy_____
Darren J. Murphy, Atty No. 20282-49
Assistant City of Noblesville Attorney
694 Logan St.
Noblesville, IN 46060
Phone: (317) 773-4212
Fax:    (317) 776-2369
E-mail: dmurphy@ori.net