UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| SHELLA WILDE, as Guardian of | ) | |
| TAYLOR BELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:15-cv-1051-JMS-TAB |
| | ) | |
| NEAL ROSENBERG, JAMES ALOISIO, | ) | |
| CRAIG DENISON, LIEUTENANT DAVID | ) | |
| THOMA, Individually, and as Servants, Agents | ) | |
| of the Noblesville Police Department, THE | ) | |
| CITY OF NOBLESVILLE AND The | ) | |
| HAMILTON COUNTY SHERIFF, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' NOTICE OF INITIAL EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S THIRD AMENDED COMPLAINT**

Pursuant to F.R.C.P. 81(c) and Local Rule 6-1(b) of the U.S. District Court for the Southern

District of Indiana, Defendants Neal Rosenberg, James Aloisio, Craig Denison, Lieutenant David Thoma

and City of Noblesville, by counsel, respectfully file this Notice of Initial Extension of Time to Respond to

Plaintiff's Third Amended Complaint as follows:

1.      The Order granting Plaintiff's Motion for Leave to File Third Amended Plaintiff was

entered in Hamilton County Superior Court, Civil Division 2 on June 22, 2015.

2.      Defendants Neal Rosenberg, James Aloisio, Craig Denison, Lieutenant David Thoma,

and City of Noblesville removed the State Court matter to this Court on July 6, 2015. All Defendants

have consented to removal.

3.      Defendants' responsive pleading is due on or about July 16, 2015.

4.      This deadline has not previously been extended.

5.      Plaintiff's counsel has been contacted and has no objection to granting Defendants an

initial twenty-eight (28) day extension of time, through and including August 13, 2015, to file a

responsive pleading.

6.      Pursuant to L.R. 6-1(b), no further action of the Court is necessary for said extension and Defendants Neal Rosenberg, James Aloisio, Craig Denison, Lieutenant David Thoma and City of Noblesville's responsive pleading is now due on August 13, 2015.

WHEREFORE, Defendants Neal Rosenberg, James Aloisio, Craig Denison, Lieutenant David Thoma and City of Noblesville, by counsel, file this Notice of Initial Extension of Time to Respond to Plaintiff's Third Amended Complaint, extending the deadline to August 13, 2015.

Respectfully submitted,

MANDEL HORN, P.C.

/s/ Kirk A. Horn
Kirk A. Horn, Attorney No. 15194-06
*Attorney for Noblesville Defendants, Neal Rosenberg, James Aloisio, Craig Denison, Lieutenant David Thoma, and City of Noblesville*

//

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 13th, 2015, his office electronically filed the foregoing with the Clerk of Court using CM/ECF system, which sent notification of such filing to the following:

> Thomas E. Hastings
> Robert B. Turner
> THE HASTINGS LAW FIRM
> 323 N. Delaware Street
> Indianapolis, IN  46204
>
> Matthew L. Hinkle
> Erika N. Sylvester
> COOTS, HENKE & WHEELER, P.C.
> 255 East Carmel Drive
> Carmel, IN  46032
>
> Darren Murphy
> HOWARD & ASSOCIATES
> 694 Logan Street
> Noblesville, IN  46060

> /s/ Kirk A. Horn
> Kirk A. Horn

MANDEL HORN, P.C.
704 Adams Street, Suite F
Carmel, IN  46032
317/848-7000
317/848-6197 *(facsimile)*