# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| SHELLA WILDE, as Guardian of ) <br> TAYLOR BELL, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> NEAL ROSENBERG, JAMES ALOISIO ) <br> CRAIG DENISON, LIEUTENANT DAVID ) <br> Thoma, Individually and as Servants, ) <br> Agents of the Noblesville Police Department) <br> CITY OF NOBLESVILLE and the ) <br> HAMILTON COUNTY SHERIFF, ) <br> ) <br> Defendants. ) | Case No. 1:15-cv-1051 JMS - TAB |

## APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel of record in the captioned cause of action for the Plantiff, Shella Wilde, as Guardian of Taylor Bell. I certify that I am admitted to practice in this Court.

_____
Thomas E. Hastings (8334-80)
The Hastings Law Firm
323 North Delaware Street
Indianapolis, IN 46204
Telephone: (317) 686-1000
Telefax: (317) 685-2330

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Appearance was served upon the following counsel this 21st ~~9th~~ day of July, 2015 via First Class Mail through the United States Post Office:

Kirk A. Horn
Mandel Horn, PC
704 Adams Street, Suite F
Carmel, IN  46032

Matthew L. Hinkle
Coots, Henke & Wheeler
255 East Carmel Drive
Carmel, IN  46032

Darren Murphy
Howard & Associates
694 Logan Street
Noblesville, IN  46060

_____
Thomas E. Hastings