UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHELLA WILDE, as Guardian of TAYLOR BELL,<br><br>   Plaintiff,<br> v.<br><br>NEAL ROSENBERG, JAMES ALOISIO, CRAIG DENISON, LIEUTENANT DAVID THOMA, Individually, and as Servants, Agents of the Noblesville Police Department, THE CITY OF NOBLESVILLE AND THE HAMILTON COUNTY SHERIFF<br><br>   Defendants. | Cause No. 1:15-CV-1051-JMS-TAB |

### HAMILTON COUNTY SHERIFF'S MOTION TO DISMISS
### THIRD AMENDED COMPLAINT

Defendant, Hamilton County Sheriff ("Sheriff"), by counsel, pursuant to F.R.C.P. 12 (b)(6) and S.D. Ind. L.R. 7-1, respectfully submits this Motion to Dismiss Plaintiff's Third Amended Complaint ("Complaint") and in support thereof states as follows:

1. Plaintiff's Complaint alleges a *Monell* claim and a conspiracy claim pursuant to 42 U.S.C. § 1983 against the Sheriff, as well as state tort claims.

2. As set forth in greater detail within the Sheriff's Memorandum in Support of his Motion to Dismiss, which is being filed contemporaneously with this Motion, the Sheriff seeks dismissal of all claims asserted against him on the basis that Plaintiff has not identified any constitutional deprivation caused by the Sheriff or his deputies, has failed to plead facts providing the necessary basis for municipal liability, and has failed to plead facts to support a conspiracy claim. Also, Indiana Tort Claim Act ("ITCA") law enforcement immunity shields

the Sheriff from asserted state law claims, and Plaintiff has failed to comply with notice provisions in the ITCA before bringing such claims.

3. Pursuant to Rule 12(b)(6), for the reasons as set forth in the Sheriff's Memorandum in support of his Motion to Dismiss the Third Amended Complaint, the Motion to Dismiss should be granted.

WHEREFORE, Defendant, the Hamilton County Sheriff, by counsel, respectfully requests dismissal of the Plaintiff's claims asserted against him and for all other proper relief.

    Respectfully submitted,

    **COOTS, HENKE & WHEELER, P.C.**

    /s/ Matthew L. Hinkle
    Matthew L. Hinkle, # 19396-29
    Erika N. Sylvester, #30058-64
    *Attorneys for Hamilton County Sheriff*

<strong><u>CERTIFICATE OF SERVICE</u></strong>

   I hereby certify that on the **13th day of August, 2015**, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operations of the Court's electronic filing system. Parties may access this filing through the Court's system.

Thomas E. Hastings
Robert B. Turner
**THE HASTINGS LAW FIRM**
thastings@lawindianapolis.com
rbtatty@aol.com
*Attorneys for Plaintiff*

Kirk A. Horn
**MANDEL HORN MCGRATH & REYNOLDS, P.C.**
khorn@mhmrlaw.com
*Attorney for The City of Noblesville, Neal Rosenberg, James Aloisio, Craig Denison, and Lieutenant David Thoma*

Darren J. Murphy
**ASSISTANT CITY OF NOBLESVILLE ATTORNEY**
dmurphy@ori.net
*Attorney for The City of Noblesville, Neal Rosenberg, James Aloisio, Craig Denison, and Lieutenant David Thoma*

                  /s/ Matthew L. Hinkle
                  Matthew L. Hinkle, #19396-29
                  Erika N. Sylvester, #30058-64

**COOTS, HENKE & WHEELER, P.C.**
255 East Carmel Drive
Carmel, IN 46032
(317) 844-4693 – telephone
(317) 573-5385 – facsimile
Email: mhinkle@chwlaw.com
     esylvester@chwlaw.com