UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| SHELLA WILDE, as guardian of Taylor Bell, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:15-cv-1051-JMS-TAB |
| | ) | |
| NEAL ROSENBERG, JAMES ALOISIO, CRAIG DENISON, and LIEUTENANT DAVID THOMA, Individually, and as servants, agents of the Noblesville Police Department, THE CITY OF NOBLESVILLE, and THE HAMILTON COUNTY SHERIFF | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR EXTENSION OF TIME TO RESPOND
TO DEFENDANT, HAMILTON COUNTY SHERIFF'S
MOTION TO DIMISS**

Comes now the Plaintiff, by Counsel, pursuant to S.D. Local Rule 6.1(a), and respectfully requests this Court grant an extension of time to respond to Hamilton County Sheriff's Motion to Dismiss to and until December 18, 2015, which date is after the depositions currently scheduled in this matter in November, 2015, and in support thereof states as follows:

1. That on August 13, 2015, The Hamilton County Sheriff's Department filed its Motion to Dismiss Plaintiff's Third Amended Complaint. (hereinafter the "Motion")

2. That pursuant to Federal Rule 12(a)(c), Plaintiff's reply is due 21 days thereafter (plus 3 for mailing under Federal Rule 6), making it due on or before September 7, 2015.

3. That in order to adequately and substantively respond to the Hamilton County Sheriff's arguments as stated in its Motion To Dismiss, Plaintiff needs to complete the depositions of the officers and investigators which depositions are currently scheduled for November 17-19, 2015.

4. That as such Plaintiff requests until December 18, 2015, to file its response to Defendant Hamilton County Sheriff's Department's Motion to Dismiss.

5. That Plaintiff has contacted opposing counsel, Matt Hinkle, who has no objection to a 30 day extension of time from the original due date, but does object to an extension of time to and including December 18, 2015.

6. That none of the parties in this matter are prejudiced by the request for an extension of time, as this matter is already proceeding forward and there is no trial date that would be impacted by this request.

7. That this Motion is made in good faith, and without reason for hindrance or delay of these proceedings.

**WHEREFORE**, Plaintiff, by counsel, respectfully requests that the Court grant this Motion and allow Plaintiff to and including December 18, 2015 in which to respond to Defendant's Motion to Dismiss, and grant all other just and proper relief.

Respectfully Submitted,

  /s/Thomas E.  Hastings
Thomas E. Hastings (8334-80)
THE HASTINGS LAW FIRM
Attorney for Plaintiff
323 North Delaware Street
Indianapolis, IN  46204
(317) 686-1000, Ext. 227

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 26th day of August, 2015, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties, by operation of the Court's electronic filing system. The parties may have access to this filing through the Court's ECF filing system:

Kirk A. Horn
MANDEL HORN MCGRATH & REYNOLDS, P.C.
khorn@mhmrlaw.com

Darren J. Murphy
ASSISTANT CITY OF NOBLESVILLE ATTORNEY
dmurphy@ori.net

Matthew Hinkle
COOTS, HENKE, & WHEELER, P.C.
mhinkle@chwlaw.com


        /s/ Thomas E. Hastings_____
        Thomas E. Hastings
        THE HASTINGS LAW FIRM