UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| SHELLA WILDE, as guardian of Taylor Bell, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:15-cv-1051-JMS-TAB |
| | ) | |
| NEAL ROSENBERG, JAMES ALOISIO, CRAIG DENISON, and LIEUTENANT DAVID THOMA, Individually, and as servants, agents of the Noblesville Police Department, THE CITY OF NOBLESVILLE, and THE HAMILTON COUNTY SHERIFF | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANT, HAMILTON COUNTY SHERIFF'S
MOTION TO DISMISS**

Plaintiff, by Counsel, having filed its Motion for Extension of Time to Respond to Defendant Hamilton County Sheriff's Motion to Dismiss, and the Court, having read said Motion and being duly advised in the premises, **GRANTS** Plaintiff's Motion as prayed for allowing Plaintiff to and including December 18, 2015 to file her response to the Hamilton County Sheriff's Motion to Dismiss.

**APPROVED AND ORDERED:**

Date: _____        _____
                                                         JUDGE, United States District Court
                                                         Southern District of Indiana

**Distribution**

Attorneys of Record via ECF Filing System