UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHELLA WILDE, as Guardian of TAYLOR BELL, | ) ) ) |
| Plaintiff, | ) ) |
| v. | )   Cause No. 1:15-CV-1051-JMS-TAB ) |
| NEAL ROSENBERG, JAMES ALOISIO, CRAIG DENISON, LIEUTENANT DAVID THOMA, Individually, and as Servants, Agents of the Noblesville Police Department, THE CITY OF NOBLESVILLE AND THE HAMILTON COUNTY SHERIFF | ) ) ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

**To the Clerk of this court and all parties of record:**

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**Hamilton County Sheriff**

September 28, 2015            /s/ Erika N. Sylvester
*Date*                                     *Signature*
                                             Erika N. Sylvester      #30058-64
                                             *Print Name*              *Bar Number*
                                             255 E. Carmel Drive
                                             *Address*
                                             Carmel        IN        46032-2689
                                             *City*                 *State*        *Zip Code*
                                             (317) 844-4693         (317) 573-5385
                                             *Phone Number*           *Fax Number*
                                             esylvester@chwlaw.com
                                             *Email*

## CERTIFICATE OF SERVICE

I hereby certify that on **September 28, 2015**, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to the following parties by operations of the Court's electronic filing system. Parties may access this filing through the Court's system.

Thomas E. Hastings
Robert B. Turner
**THE HASTINGS LAW FIRM**
thastings@lawindianapolis.com
rbtatty@aol.com
*Attorneys for Plaintiff*

Kirk A. Horn
**MANDEL HORN MCGRATH & REYNOLDS, P.C.**
khorn@mhmrlaw.com
*Attorney for The City of Noblesville,*
*Neal Rosenberg, James Aloisio,*
*Craig Denison, and Lieutenant David Thoma*

Darren J. Murphy
**ASSISTANT CITY OF NOBLESVILLE ATTORNEY**
dmurphy@ori.net
*Attorney for The City of Noblesville,*
*Neal Rosenberg, James Aloisio,*
*Craig Denison, and Lieutenant David Thoma*

                                                                                    /s/ Erika N. Sylvester
                                                                                    Matthew L. Hinkle, #19396-29
                                                                                    Erika N. Sylvester, #30058-64

**COOTS, HENKE & WHEELER, P.C.**
255 East Carmel Drive
Carmel, IN 46032
(317) 844-4693 – telephone
(317) 573-5385 – facsimile
Email: mhinkle@chwlaw.com
           esylvester@chwlaw.com