UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHELLA WILDE, as Guardian of ) <br> TAYLOR BELL, ) <br> ) <br>     Plaintiff, ) <br>   v. ) <br> ) <br> NEAL ROSENBERG, individually and ) <br> as a servant or agent of the Noblesville Police ) <br> Department, JAMES ALOISIO, individually ) <br> and as a servant or agent of the Noblesville Police ) <br> Department, CRAIG DENISON, individually and ) <br> as a servant or agent of the Noblesville Police ) <br> Department, CITY OF NOBLESVILLE and ) <br> THE HAMILTON COUNTY SHERIFF, ) <br> ) <br>     Defendants. ) | Cause No. 1:15-CV-1051-JMS-TAB |

## APPEARANCE

To:  The Clerk of the Court and all parties of record:

    **Jeff D. Oliphant** is admitted or otherwise authorized to practice in this court and

enters his Appearance on behalf of the Plaintiff, Shella Wilde, as Guardian of Taylor Bell.

                                    /s/ *Jeff D. Oliphant*
                                    Jeff D. Oliphant, Atty No. 18817-49
                                    The Hastings Law Firm
                                    323 North Delaware Street
                                    Indianapolis, IN  46204
                                    Phone:  (317) 686-1000
                                    Fax:  (317) 685-23330
                                    Email:  joliphant@hastingslegal.com

## CERTIFICATE OF SERVICE

       I hereby certify that on the 21st day of September, 2015, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to the following parties by operations of the Court's electronic filing system. Parties may access this filing through the Court's system.

Thomas E. Hastings, Robert B. Turner
**THE HASTINGS LAW FIRM**
thastings@lawindianapolis.com
rbtatty@aol.com
*Attorneys for Plaintiff*

Kirk A. Horn
**MANDEL HORN MCGRATH & REYNOLDS, P.C.**
khorn@mhmrlaw.com
*Attorney for The City of Noblesville, Neal Rosenberg, James Aloisio, Craig Denison, and Lieutenant David Thoma*

Darren J. Murphy
**ASSISTANT CITY OF NOBLESVILLE ATTORNEY**
dmurphy@ori.net
*Attorney for The City of Noblesville, Neal Rosenberg, James Aloisio, Craig Denison, and Lieutenant David Thoma*

Matthew L. Hinkle
mhinkle@chwlaw.com
**COOTS, HENKE & WHEELER, P.C.**
*Attorney for Hamilton County Sheriff*

Erika N. Sylvester
**COOTS, HENKE & WHEELER, P.C.**
esylvester@chawlaw.com
*Attorney for Hamilton County Sheriff*

                                /s/ Jeff D. Oliphant

Jeff D. Oliphant
The Hastings Law Firm
323 North Delaware Street
Indianapolis, IN  46204
joliphant@hastingslegal.com