

# THE HASTINGS LAW FIRM

323 North Delaware Street
Indianapolis, Indiana 46204
www.lawindianapolis.com
(Not a Partnership)

Phone (317) 686-1000
Toll Free (866) 686-1101
Fax (317) 685-2330

November 7, 2013

Thomas E. Hastings
Jeff D. Oliphant
Sam D. Krahulik
Nicholas F. Baker

**CERTIFIED MAIL - RETURN RECEIPT REQUESTED**
*70100780000166623797*
Indiana Department of Insurance
Political Subdivision Risk Management
311 West Washington Street, Suite 300
Indianapolis, IN 46204-2787

**CERTIFIED MAIL - RETURN RECEIPT REQUESTED**
*01007800001666238 03*
Kevin Jowitt, Chief
Noblesville Police Department
135 S. 9th Street
Noblesville, IN 46060

**CERTIFIED MAIL - RETURN RECEIPT REQUESTED**
*70100780000166623810*
Michael A. Howard
Hamilton County Attorney
694 Logan Street
Noblesville, IN 46060

**CERTIFIED MAIL - RETURN RECEIPT REQUESTED**
*70100780000166623827*
The Honorable John Ditslear
Mayor, City of Noblesville
16 S. 10th Street
Noblesville, IN 46060

**CERTIFIED MAIL - RETURN RECEIPT REQUESTED**
*70100780000166623834*
Noblesville Common Council
16 S. 10th Street
Noblesville, IN 46060

**CERTIFIED MAIL - RETURN RECEIPT REQUESTED**
*70100780000166623841*
Hamilton County Commissioners
1 Hamilton County Square, Suite 157
Noblesville, IN 46060

**CERTIFIED MAIL - RETURN RECEIPT REQUESTED**
*70100780000166623858*
Mark Brown, Sheriff
Hamilton County Sheriff's Department
18100 Cumberland Road
Noblesville, IN 46060

**CERTIFIED MAIL - RETURN RECEIPT REQUESTED**
*70100780000166623865*
Michael Snowden
Executive Director
Hamilton County Public Safety Communications
18100 Cumberland Road
Noblesville, IN 46060

## TORT CLAIM NOTICE

*Re:*   Our Client:  Taylor Bell
        Date of Accident:   July 20, 2013
        Accident Location:  395 Westfield Road, Noblesville, Indiana

**Taylor Bell Tort Claim Notice**
**Page Two**
**November 7, 2013**

---

      Taylor Bell, by counsel, Thomas E. Hastings, hereby files this *Notice of Tort Claim* with the Noblesville Police Department, the Hamilton County Sheriff's Department and other interested parties.

      The named individual, through counsel, herein provides the following as a short, plain statement of the facts on which he bases his claim.

      On July 20, 2013, Taylor Bell, who suffers from a documented mental illness, called the Aspire Hotline to report a desire to commit suicide. Aspire then contacted the Noblesville Police Department and/or the Hamilton County Sheriff's Department and gave them the cell phone number of Taylor Bell who was then called by a crisis negotiator.

      Taylor Bell communicated with the negotiator by cell phone for some time and the negotiator eventually found him in a parking lot in the area of 395 Westfield Road in Noblesville, Indiana. At the time, Taylor Bell was carrying a Beretta Airsoft pistol in the front of his pants and informed the negotiator repeatedly during telephone conversation that the gun was *not* real.

      At some point during their telephone conversation the negotiator and Taylor Bell were surrounded by several law enforcement vehicles. Officers exited their vehicles, positioned into formation and drew AR-15 rifles, all of which were pointed at Taylor.

      Taylor, still speaking with the negotiator, informed him that he was not going to go through with the suicide and that he wanted to surrender. With all of the lights from the police and/or sheriff department cars pointed on him, Taylor Bell removed the gun from the front of his pants, and keeping his hand on the barrel with his arm stretched out to his side, made the statement, "I am going to hand you my weapon" and then he was shot simultaneously by three officers with A-15 rifles, in spite of the fact that he had informed the negotiator that the gun was not real and he was going to surrender. Taylor was approximately 3 meters away from the officers when the shooting occurred.

      Because Taylor Bell nor his counsel have a copy of the police and/or sheriff's report and follow-up investigation to determine all agencies involved in the crisis intervention and the shooting, and it is reported that the Hamilton County Sheriff's office performed an investigation into this incident, the Noblesville Police Department, Hamilton County Sheriff's Department, and other interested parties are receiving notice of this Tort Claim.

      Taylor Bell is still hospitalized for his injuries. Medical bills to date are in excess of $700,000 and demand is therefore made in the amount of $700,000.00.

**Taylor Bell Tort Claim Notice**
**Page Three**
**November 7, 2013**

---

    Taylor Bell, through his counsel, requests that you advise in writing of your approval or denial of this claim within ninety (90) days from receipt of this notice.

                                  Sincerely yours,

                                  Thomas E. Hastings

TEH/sl