UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHELLA WILDE, as Guardian of TAYLOR BELL, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>NEAL ROSENBERG, JAMES ALOISIO, )<br>CRAIG DENISON, LIEUTENANT DAVID )<br>THOMA, Individually, and as Servants, Agents )<br>of the Noblesville Police Department, THE )<br>CITY OF NOBLESVILLE AND THE )<br>HAMILTON COUNTY SHERIFF )<br>)<br>Defendants. ) | Cause No. 1:15-CV-1051-JMS-TAB |

### DEFENDANT HAMILTON COUNTY SHERIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO PLAINTIFF'S RESPONSE TO MOTION TO DISMISS

Defendant Hamilton County Sheriff (hereinafter "Defendant), by counsel, respectfully moves the Court for a seven-day extension of time, up to and including October 26, 2015, to file its Reply to Plaintiff's Response to Motion to Dismiss (Doc. No. 23). In support of this motion, Defendant states as follows:

1. Defendant filed its Motion to Dismiss Plaintiff's Third Amended Complaint on August 13, 2015. (Doc. No. 13).

2. Plaintiff was given a thirty-day extension, without objection, to file a response to Defendant's Motion to Dismiss. (Doc. 17). Plaintiff's response was filed on October 7, 2015. (Doc. 23).

3. Pursuant to L.R. 7-1(c)(2)(B) and Fed. R. Civ. P. 6(d), Defendant's Reply is due today.

2

      4.      Defendant's counsel was out of town on a family vacation the majority of last week and needs additional time to prepare the reply brief.

      5.      Plaintiff's counsel has been contacted and does not object to Defendant's request for a seven-day extension.

      6.      This motion is asserted in good faith and not for the purpose of hindrance or delay.

WHEREFORE, Defendant Hamilton County Sheriff, by counsel, files this Motion for Extension of Time to File Reply to Plaintiff's Response to Motion to Dismiss, extending the deadline to October 26, 2015.

Respectfully submitted,

**COOTS, HENKE & WHEELER, P.C.**

/s/Matthew L. Hinkle
Matthew L. Hinkle, # 19396-29
Erika N. Sylvester, #30058-64
*Attorneys for Hamilton County Sheriff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on **October 19, 2015**, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operations of the Court's electronic filing system. Parties may access this filing through the Court's system.

Thomas E. Hastings
Robert B. Turner
Jeff D. Oliphant
**THE HASTINGS LAW FIRM**
thastings@lawindianapolis.com
rbtatty@aol.com
joliphant@hastingslegal.com
*Attorneys for Plaintiff*

Kirk A. Horn
**MANDEL HORN MCGRATH & REYNOLDS, P.C.**
khorn@mhmrlaw.com
*Attorney for The City of Noblesville,*
*Neal Rosenberg, James Aloisio,*
*Craig Denison, and Lieutenant David Thoma*

Darren J. Murphy
**ASSISTANT CITY OF NOBLESVILLE ATTORNEY**
dmurphy@ori.net
*Attorney for The City of Noblesville,*
*Neal Rosenberg, James Aloisio,*
*Craig Denison, and Lieutenant David Thoma*

/s/Matthew L. Hinkle
Matthew L. Hinkle, #19396-29
Erika N. Sylvester, #30058-64

**COOTS, HENKE & WHEELER, P.C.**
255 East Carmel Drive
Carmel, IN 46032
(317) 844-4693 – telephone
(317) 573-5385 – facsimile
Email:  mhinkle@chwlaw.com
           esylvester@chwlaw.com