Case 1:15-cv-01051-JMS-TAB   Document 25   Filed 10/20/15   Page 1 of 1 PageID #: 533

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHELLA WILDE, as Guardian of TAYLOR BELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NEAL ROSENBERG, JAMES ALOISIO, CRAIG DENISON, LIEUTENANT DAVID THOMA, Individually, and as Servants, Agents of the Noblesville Police Department, THE CITY OF NOBLESVILLE AND THE HAMILTON COUNTY SHERIFF<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)  Cause No. 1:15-CV-1051-JMS-TAB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER ON DEFENDANT HAMILTON COUNTY SHERIFF'S
UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO
PLAINTIFF'S RESPONSE TO MOTION TO DISMISS**

Defendant Hamilton County Sheriff, by counsel, having moved the Court for a seven-day extension of time, up to and including October 26, 2015, to file its Reply to Plaintiff's Response to Defendant's Motion to Dismiss (Doc. No. 23), and the Court having reviewed the motion and being duly advised in the premises, now finds that Defendant's motion should be GRANTED.

IT IS THEREFORE ORDERED that Defendant is granted a seven-day extension, up to and including October 26, 2015, to file its Reply to Plaintiff's Response to Motion to Dismiss.

DATED: October 20, 2015

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

➢　Service will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.