UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHELLA WILDE, as Guardian of ) <br> TAYLOR BELL, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> NEAL ROSENBERG, JAMES ALOISIO, ) <br> CRAIG DENISON, LIEUTENANT DAVID ) <br> THOMA, Individually, and as Servants, Agents ) <br> of the Noblesville Police Department, THE ) <br> CITY OF NOBLESVILLE AND THE ) <br> HAMILTON COUNTY SHERIFF, ) <br> ) <br> Defendants. ) | Cause No. 1:15-CV-1051-JMS-TAB |

**DEFENDANT, HAMILTON COUNTY SHERIFF'S, MOTION TO STRIKE**

Pursuant to Federal Rules of Civil Procedure 12(f)(2) and the Southern District of Indiana Local Rule 7-1(c), Defendant Hamilton County Sheriff ("Sheriff"), by counsel, respectfully submits this Motion to Strike portions of Plaintiff's Response in Opposition to Defendant Sheriff's Motion to Dismiss ("Response") [Doc. 23] in that it contains immaterial allegations not previously pled in Plaintiff's Third Amended Complaint:

1. Plaintiff's Response [Doc. 23] incorporates various factual averments which were not previously pled, are unsupported, and which conflict with claims and statements in Plaintiff's Third Amended Complaint.

2. As set forth in greater detail within the Sheriff's Memorandum of Law in Support of its Motion to Strike, the Sheriff seeks the striking of all claims contained within the Response which are immaterial and which were not previously pled.

3.  Federal Rule of Civil Procedure 12(f)(2) indicates that upon timely motion by a party, the Court may strike from the pleading any redundant, immaterial, impertinent, or scandalous matters.

4.  Allegations not contained in the Complaint are immaterial and not to be considered on a Motion to Dismiss. *EEOC v. Concentra Health Services, Inc.*, 496 F.3d 773 (7th Cir. 2007).

5.  Thus, pursuant to Rule 12(f)(2) and relevant case law and for the reasons as set forth in the Sheriff's Memorandum in Support of its Motion to Strike, the Motion to Strike should be granted.

WHEREFORE, Defendant, the Hamilton County Sheriff, by counsel, respectfully requests the paragraphs and bolded terms identified within Defendant's Memorandum of Law in Support of Motion to Strike be stricken and for any other relief deemed just and proper.

    Respectfully submitted,

    **COOTS, HENKE & WHEELER, P.C.**


    /s/Matthew L. Hinkle
    Matthew L. Hinkle, # 19396-29
    Erika N. Sylvester, #30058-64
    *Attorneys for Hamilton County Sheriff*

## CERTIFICATE OF SERVICE

      I hereby certify that on the **26th day of October, 2015**, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to the following parties by operations of the Court's electronic filing system. Parties may access this filing through the Court's system.

Thomas E. Hastings
Robert B. Turner
Jeff D. Oliphant
**THE HASTINGS LAW FIRM**
thastings@lawindianapolis.com
rbtatty@aol.com
joliphant@hastingslegal.com
*Attorneys for Plaintiff*

Kirk A. Horn
**MANDEL HORN MCGRATH & REYNOLDS, P.C.**
khorn@mhmrlaw.com
*Attorney for The City of Noblesville,*
*Neal Rosenberg, James Aloisio,*
*Craig Denison, and Lieutenant David Thoma*

Darren J. Murphy
**ASSISTANT CITY OF NOBLESVILLE ATTORNEY**
dmurphy@ori.net
*Attorney for The City of Noblesville,*
*Neal Rosenberg, James Aloisio,*
*Craig Denison, and Lieutenant David Thoma*

                                    /s/Matthew L. Hinkle
                                    Matthew L. Hinkle, #19396-29
                                    Erika N. Sylvester, #30058-64

**COOTS, HENKE & WHEELER, P.C.**
255 East Carmel Drive
Carmel, IN 46032
(317) 844-4693 – telephone
(317) 573-5385 – facsimile
Email:  mhinkle@chwlaw.com
        esylvester@chwlaw.com

L:\Alternative Service Concepts\Bell v. Hamilton Co. (17120.015)\Pleadings\Motion to Strike.doc

3