**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| SHELLA WILDE, as Guardian of TAYLOR BELL, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) **Cause No. 1:15-CV-1051-JMS-TAB** ) |
| NEAL ROSENBERG, individually and as a servant or agent of the Noblesville Police Department, JAMES ALOISIO, individually and as a servant or agent of the Noblesville Police Department, CRAIG DENISON, individually and as a servant or agent of the Noblesville Police Department, CITY OF NOBLESVILLE and THE HAMILTON COUNTY SHERIFF, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**NOTICE OF SERVICE OF**
**PLAINTIFF'S INITIAL DISCLOSURES**

Comes now the Plaintiffs, Shella Wilde, as Guardian of Taylor Bell, by counsel, and pursuant to the Case Management Order, notifies this Court that Plaintiff's Initial Disclosures have been timely served upon all counsel of record.

Respectfully submitted,

/s/*Thomas E. Hastings*
Thomas E. Hastings (8334-80)
Attorneys for Plaintiff

THE HASTINGS LAW FIRM
323 North Delaware Street
Indianapolis, Indiana 46204
(317) 686-1000

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies on the 30th day of October, 2015 that the foregoing was served on the following counsel of record via the United States Postal service, first class, postage pre-paid mail:

Kirk A. Horn
Mandel & Horn, PC
704 Adams Street, Suite F
Carmel, IN   46032

Matthew L. Hinkle
Coots Henke & Wheeler
255 East Carmel Drive
Carmel, IN   46032

Darren Murphy
HOWARD & ASSOCIATES
694 Logan St.
Noblesville, IN 46060

/s/*Thomas E. Hastings*
Thomas E. Hastings